Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

Eastern Division

RECEIVED
2022 JUL 21 A 10: 51
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| DIANN BILLIPS <br><br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br><br> ROCKET MORTGAGE <br><br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No.  3:22-cv-00423-ECM-CWB <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)*  ☐ Yes  ☑ No |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Diann Billips-Yeshurun, principle |
| Street Address | c/o P.O. Box 1211 |
| City and County | Roanoke, Randolph |
| State and Zip Code | Alabama [36274] non-domestic/non-assumsit |
| Telephone Number | (334) 863-1763 |
| E-mail Address | dianebillips@yahoo.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | ROCKET MORTGAGE |
| Job or Title *(if known)* | SERVICE PAYMENT SERVICE TEAM |
| Street Address | 605 WOODWARD AVENUE |
| City and County | DETROIT, WAYNE |
| State and Zip Code | MICHIGAN 48226 |
| Telephone Number | 1-800-646-2133 |
| E-mail Address *(if known)* | dianebillips@yahoo.com |

Defendant No. 2

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question      ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
RULE 56. Fed. R. Civ. P.

CERTIFICATE OF DISHONOR AND NON-RESPONSE/PERFORMANCE

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* DIANN BILLIPS, is a citizen of the State of *(name)* ALABAMA.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* ROCKET MORTGAGE, is incorporated under the laws of the State of *(name)* ALABAMA, and has its principal place of business in the State of *(name)* MICHIGAN.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Amount: $87,648.88

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Attached: Affidavit in Support of COMPLAINT AMENDED BILL IN EQUITY, MOTION FOR SUMMARY JUDGEMENT

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. Plaintiff requests judicial review of her administrative process and remedy.
2. Plaintiff requests this court to find the facts and execute on the law of the contract before this court.
3. Plaintiff requests summary judgment on her administrative remedy.
4. Plaintiff requests the court to order Defendant to pay the sum certain $5,000 over to Plaintiff as agreed by Defendant.
(5) Plaintiff request this court to order Defendant to produce all titles, title deeds, documents showing a zero balance.

6. I request this court to Order the Defendant to provide all titles, deeds, documents that shows that the balance of the obligation is at a zero (0) balance.
7. Plaintiff requests the court to release the Order of the Court to DIANN BILLIPS.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 13, 2022

Signature of Plaintiff: *Diann Billips-Teshurun* (signature)
Printed Name of Plaintiff: Diann Billips-Teshurun

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

[Print] [Save As...] [Add Attachment] [Reset]

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Eastern                                    DIVISION

## CERTIFICATE OF SERVICE

I, Jazmin Lopez_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by Cert/ Mail 95909402698512256476 (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 15____ day of July_____ 20 22 , to:

Frank M. Johnson Jr. U.S. District Courthouse Complex

Clerk of Court: Debra P. Hackett

One Church Street

Montgomery, Alabama 36104

Date  July 5, 2022

Signature [signed]

Term ex 1/29/2023

Jazmin Lopez
758 Forrest Ave.
Gadsden, Alabama
35901

Frank M. Johnson Jr. U.S. District Courthouse
Clerk of Court: Debra P. Hackett
One Church Street
Montgomery, Alabama 36104



**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE
For Domestic and International Use



UNITED STATES POSTAL SERVICE — Retail
US POSTAGE PAID
$12.35
Origin: 35901
07/19/22
0133300651-25

PRIORITY MAIL®
0 Lb 14.60 Oz
1005
EXPECTED DELIVERY DAY: 07/21/22
C039
SHIP TO:
1 CHURCH ST
MONTGOMERY AL 36104-4018

USPS SIGNATURE® TRACKING #
9510 8121 5011 2200 5108 33