IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DIANN BILLIPS-YESHURUN, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 3:22-cv-423-ECM |
| | ) |
| ROCKET MORTGAGE, | ) |
| | ) |
|   Defendant. | ) |

**MEMORANDUM OPINION and ORDER**

On January 4, 2023, the Magistrate Judge entered a Recommendation (doc. 14) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, the Defendant's motion to dismiss (doc. 8) is GRANTED, the Plaintiff's motion for summary judgment (doc. 2) is DENIED, and the Plaintiff's motion to deny the Defendant's motion to dismiss (doc. 11) is DENIED.

A separate Final Judgment will be entered.

DONE this 1st day of February, 2023.

                                                /s/ Emily C. Marks
                                              EMILY C. MARKS
                                              CHIEF UNITED STATES DISTRICT JUDGE